UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  15-0069-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **RODERICK JOHNSON**<br>**a/k/a RODERICK R. JOHNSON,**<br>**a/k/a RODERICK R. JOHNSON, JR.,**<br>**a/k/a RODRICK JOHNSON** | * | **MAG. JUDGE KAREN L. HAYES** |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on June 3, 2015, for administration of guilty plea and allocution of the defendant, Roderick Johnson under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with his counsel, Ms. Shelley Goff.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment is fully supported by an oral factual basis for each of the essential elements of the offense.  In addition, both the government and the defendant, on the record in open court, have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Roderick Johnson, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Roderick Johnson be finally adjudged guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT defendant's agreement to forfeit and abandon his interest in the firearm(s) seized as a result of the investigation of this matter.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 3rd day of June 2015.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE