UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-0069-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **RODERICK JOHNSON**<br>a/k/a RODERICK R. JOHNSON,<br>a/k/a RODERICK R. JOHNSON, JR.,<br>a/k/a RODRICK JOHNSON | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Roderick Johnson, and adjudges him guilty of the offense charged in Count One of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the District Court accepts defendant, Roderick Johnson's agreement to forfeit and abandon his interest in the firearm(s) seized as a result of the investigation of this matter.

In Chambers, at Monroe, Louisiana, this 3rd day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE